IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV-18-589-D |
| ) | |
| DARCIE E'LAINE HENDREN, a/k/a, ) | |
| DARCIE HENDREN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PRAECIPE FOR SPECIAL EXECUTION AND ORDER OF SALE

Clerk of the United States District Court for the Western District of Oklahoma:

Please issue a Special Execution and Order of Sale in foreclosure against the following real estate located in Payne County, State of Oklahoma, to-wit:

> The Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, LESS AND EXCEPT:
>
> A Tract of land in the Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., beginning at the SE/corner of the SE/4 of the SW/4 of said Section 4; thence North a distance of 730.83 feet; thence West a distance of 582.35 feet; thence South a distance of 730.83 feet; thence East a distance of 582.35 feet to the Point of Beginning.
> AND
> A tract of land in the Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., beginning at a point on the East line of said SE/4 of the SW/4 a distance of 730.83 feet North of the Southeast Corner of said SE/4 of the SW/4; thence

North along said East line of the SE/4 of the SW/4 a distance of 17.18 feet; thence West 582.35 feet parallel to the South line of said SE/4 of the SW/4; thence South parallel to the East line of said SE/4 of the SW/4 a distance of 17.18 feet; thence East parallel to the South line of said SE/4 of the SW/4 a distance of 582.35 feet to the Point of Beginning.

AND

The East Half (E/2) of the North Half (N/2) of the Southwest Quarter (SW/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof.

The real estate shall be sold without appraisement, as ordered in the foreclosure judgment in this case. The Clerk shall direct the Special Execution and Order of Sale to the United States Marshal for the Western District of Oklahoma, to be executed according to the law.

TIMOTHY J. DOWNING
UNITED STATES ATTORNEY

s/KAY SEWELL
BAR NUMBER: OBA #10778
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE ❖ WESTERN DISTRICT OF OKLAHOMA
210 PARK AVENUE, SUITE 400 ❖ OKLAHOMA CITY, OK  73102
PHONE: (405) 553-8807 ❖ FAX: (405) 553-8885
E-MAIL: KAY.SEWELL@USDOJ.GOV