IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV-18-589-D |
| | ) |
| DARCIE E'LAINE HENDREN, a/k/a, | ) |
| DARCIE HENDREN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## SPECIAL EXECUTION AND ORDER OF SALE

The Court has granted Plaintiff United States foreclosure judgment on February 1, 2019, against Defendants Darcie E'Laine Hendren, a/k/a Darcie Hendren and Ty Darrell Hendren in the sum of $212,071.53, as of April 3, 2018, with interest and costs, and granted judgment of foreclosure on the following real property, located in Payne County, State of Oklahoma, to wit:

> The Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, LESS AND EXCEPT:
>
> A Tract of land in the Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., beginning at the SE/corner of the SE/4 of the SW/4 of said Section 4; thence North a distance of 730.83 feet; thence West a distance of 582.35 feet; thence South a distance of 730.83 feet; thence East a distance of 582.35 feet to the Point of Beginning.

AND

A tract of land in the Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., beginning at a point on the East line of said SE/4 of the SW/4 a distance of 730.83 feet North of the Southeast Corner of said SE/4 of the SW/4; thence North along said East line of the SE/4 of the SW/4 a distance of 17.18 feet; thence West 582.35 feet parallel to the South line of said SE/4 of the SW/4; thence South parallel to the East line of said SE/4 of the SW/4 a distance of 17.18 feet; thence East parallel to the South line of said SE/4 of the SW/4 a distance of 582.35 feet to the Point of Beginning.

AND

The East Half (E/2) of the North Half (N/2) of the Southwest Quarter (SW/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof.

THEREFORE, the Court commands the United States Marshal to cause the real property above to be advertised and sold without appraisement according to law.

You shall return this Order with your certificate showing the manner in which you executed it.

IN WITNESS WHEREOF, I have set my hand and affixed the seal of the Court at my office in Oklahoma City, Oklahoma, this 1st day of August, 2019.

**CARMELITA REEDER SHINN**
Clerk of the United States District Court
for the Western District of Oklahoma

By: ___/s/ Mike Bailey_____
         Deputy Clerk