## NOTICE OF UNITED STATES MARSHAL'S SALE

TO:   **DARCIE E'LAINE HENDREN, a/k/a DARCIE HENDREN;**
**TY DARRELL HENDREN;**
**EXCHANGE BANK & TRUST COMPANY;**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;**
**ENVOY MORTGAGE;**
**VELOCITY INVESTMENTS, LLC;**
**ACCOUNT MANAGEMENT RESOURCES, LLC;**
**PAYNE COUNTY TREASURER; and**
**BOARD OF COUNTY COMMISSIONERS OF PAYNE COUNTY**

NOTICE IS GIVEN:

On November 7, 2019, at 12:00 o'clock p.m., at the main entrance of the Payne County Courthouse, 606 S. Husband St, Stillwater, Oklahoma, the United States Marshal for the Western District of Oklahoma will offer and sell, without appraisement, for cash, at public auction, to the highest and best bidder, the following real estate:

> The Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, LESS AND EXCEPT:
>
> A Tract of land in the Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., beginning at the SE/corner of the SE/4 of the SW/4 of said Section 4; thence North a distance of 730.83 feet; thence West a distance of 582.35 feet; thence South a distance of 730.83 feet; thence East a distance of 582.35 feet to the Point of Beginning.
> AND
> A tract of land in the Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., beginning at a point on

Exhibit 1-Marshals Notice

the East line of said SE/4 of the SW/4 a distance of 730.83 feet North of the Southeast Corner of said SE/4 of the SW/4; thence North along said East line of the SE/4 of the SW/4 a distance of 17.18 feet; thence West 582.35 feet parallel to the South line of said SE/4 of the SW/4; thence South parallel to the East line of said SE/4 of the SW/4 a distance of 17.18 feet; thence East parallel to the South line of said SE/4 of the SW/4 a distance of 582.35 feet to the Point of Beginning.

AND

The East Half (E/2) of the North Half (N/2) of the Southwest Quarter (SW/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof.

with all buildings and improvements thereon, subject to unpaid taxes, if any.  The successful bidder will be required to post a non-refundable deposit equal to ten percent (10%) of the amount of the bid for the property by Close of Business the date of the sale, with the balance amount due within seventy-two (72) hours after sale.  All monies must be paid to the U.S. Marshal's Service by either a certified or cashier's check.

If the successful bidder fails to timely pay the balance of the bid, the ten percent (10%) deposit will be forfeited and the U.S. Marshal's Service may accept the next highest bid.

The U.S. Marshal's Service reserves the discretion to waive any of these requirements. Sale of said real estate will be made pursuant to an order of sale issued in accordance with the foreclosure judgment entered in the United States District Court for the Western District of Oklahoma in Civil Case No CIV-18-589-D styled *United States of America vs. Hendren, et al.*, to satisfy: First: The costs of the sale and of this action;

Second: The foreclosure judgment of Plaintiff, United States of America, in the sum of

$212,071.53 together with interest at the rate of $8.67 *per diem* from April 3, 2018, until

judgment and thereafter at the rate allowable by law until paid.

WITNESS my hand _August 5,_____, 2019.

JOHNNY L. KUHLMAN
United States Marshal for the
Western District of Oklahoma