# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. CIV-18-589-D |
| | ) |
| DARCIE E'LAINE HENDREN, a/k/a | ) |
| DARCIE HENDREN, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## ORDER

On the government's Motion to Confirm the United States Marshal's Sale [Doc. No. 50] of real estate the Court finds:

1. Pursuant to the Foreclosure Judgments of this Court, the Clerk of Court issued to the United States Marshal a Special Execution and Order of Sale for the following real estate:

> The Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., Payne County, State of Oklahoma, according to the U.S. Government Survey thereof, LESS AND EXCEPT:
>
> A Tract of land in the Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., beginning at the SE/corner of the SE/4 of the SW/4 of said Section 4; thence North a distance of 730.83 feet; thence West a distance of 582.35 feet; thence South a distance of 730.83 feet; thence East a distance of 582.35 feet to the Point of Beginning.

AND

A tract of land in the Southeast Quarter (SE/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the I.M., beginning at a point on the East line of said SE/4 of the SW/4 a distance of 730.83 feet North of the Southeast Corner of said SE/4 of the SW/4; thence North along said East line of the SE/4 of the SW/4 a distance of 17.18 feet; thence West 582.35 feet parallel to the South line of said SE/4 of the SW/4; thence South parallel to the East line of said SE/4 of the SW/4 a distance of 17.18 feet; thence East parallel to the South line of said SE/4 of the SW/4 a distance of 582.35 feet to the Point of Beginning.

AND

The East Half (E/2) of the North Half (N/2) of the Southwest Quarter (SW/4) of the Southwest Quarter (SW/4) of Section Four (4), Township Nineteen (19) North, Range Two (2) East of the Indian Meridian, Payne County, State of Oklahoma, according to the U.S. Government Survey thereof.

2. As reflected in the Marshal's Return, the execution, publication, notice of sale, and sale conformed to the law.

3. The Marshal sold the property on November 7, 2019, at public auction in accordance with the notice to the highest bidders, Zach Bahm and/or Robert Bahm for the sum of $554,000.00.

4. No one filed an objection to the sale, and no one appeared to object at the confirmation hearing.

**BY THIS ORDER**, the Court approves and confirms the United States Marshal's execution, publication, notice and sale in this matter. The Court further orders the United

States Marshal to execute and deliver to the purchasers, Zach Bahm and/or Robert Bahm, a Marshal's Deed for the real estate sold.

IT IS FURTHERED ORDERED that the United States Marshal pay the following sums:

1. The sum of **$155.60** to the United States Marshal Service, for payment of its costs and commission for the sale of this property consistent with 28 U.S.C. § 1921(c)(1).
2. The sum of **$378.09** to the United States of America, for payment of its costs.
3. The sum of **$314,116.75** to Envoy Mortgage, Ltd., for payment towards its foreclosure judgment.
4. The sum of **$209,395.49** to the United States of America, for payments towards its foreclosure judgment.
5. The sum of **$1,372.45** to Account Management Resources, LLC, for payments towards its judgment lien.
6. The sum of **$28,581.62** to Darcie E'Laine Hendren and Ty Darrell Hendren.

**IT IS FURTHER ORDERED** that Zach Bahm and/or Robert Bahm immediately take possession of the property. If necessary, the Clerk of this Court shall issue a Writ of Assistance to the Marshal directing the Marshal to place Zach Bahm and/or Robert Bahm, in full possession of the property.

Refusal of anyone in possession of the property to deliver immediate possession of the property to Zach Bahm and/or Robert Bahm shall constitute indirect contempt of this Court.

**DATED** and **ENTERED** at Oklahoma City, Oklahoma on this 23rd day of December, 2019.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge